# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 119, Flushing, New York 11355

May 17, 2019

*<u>Via ECF</u>*
Edgardo Ramos, U.S.D.J
United States District Court
40 Foley Square, Court Room 619
New York, NY 10007

**Re: Plaintiffs' Requesting for Initial Pre Trial Conference**
<u>*Wu et al v. iFresh Incorporated et al. Case No: 18-cv-04690-ER*</u>

Dear Honorable Judge Edgardo:

    We represent the Plaintiffs' in the above-entitled action. Plaintiffs' respectfully write this letter motion to request initial pretrial conference.

    On July 25, 2019, Your Honor referred this case to mediation and the parties retained services of Mediator Julian Birnbaum to mediate the case. Parties participated in the mediation, and parties continued to mediate until December 21, 2018, however, were unable to settle the case. We sincerely apologize for not requesting the initial pretrial conference earlier and Plaintiffs' respectfully requests to schedule an initial pretrial conference in the above referenced matter.

    We thank the Court for its time and attention in this matter and apologize for any inconvenience caused to this court.

Respectfully submitted,

<u>/s/ John Troy</u>
John Troy

CC (via ECF): all counsel of record

JT/pk