TROY LAW, PLLC
*Attorneys for the Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SHIZHEN WU,
SHENG FENG SONG,
DONG RUI HUANG,
SHENG BAO ZHANG a/k/a Ken Zhang,
YONG GUANG LI, and
FA MING LIN

                            Plaintiffs,

                      v.

iFRESH INCORPORATED;
NYM HOLDING, INC.;
NEW YORK MART, INC.;
NEW YORK MART ROOSEVELT INC.;
NEW YORK MART 8 AVE INC.;
PACIFIC SUPERMARKET INC.;
NEW YORK MART EAST BROADWAY, INC.;
NEW YORK MART GROUP INC.;
LONG DENG,

                            Defendants.

--------------------------------------------------------X

<u>Case No 18-cv-04690</u>

**JUDGMENT**

The Honorable Vernon Broderick, District Judge:

      Whereas pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Defendants by their attorneys, Nils C. Shillito, of STEPHEN D. HANS & ASSOCIATES, P.C, having offered to allow judgment be taken against them by consent Plaintiffs SHIZHEN WU, SHENG FENG SONG, DONG RUI HUANG, SHENG BAO ZHANG a/k/a Ken Zhang, YONG GUANG LI, and FA MING LIN , in this action for a sum of Fifty Five Thousand Dollars ($55,000.00), including all attorneys' fees and costs now accrued; the offer of judgment is made for purposes specified in Rule 68, and is not to be construed as an admission that the offerors are liable in this action or that consent Plaintiffs, through John Troy, Troy Law PLLC, on October 17, 2019 having accepted and provided notice that they have accepted Defendants' Offer of Judgment, dated October 16, 2019, and the matter having come before this Court, the Court now render it Order, that the Clerk should enter judgment dismissing the case in accordance with the acceptance of offer of judgment pursuant to Fed. R. Civ. P. 68 and directing the Clerk to close this case. It is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that for the reasons stated in the offer and acceptance of judgment pursuant to Rule 6, the Clerk shall enter judgment in the amount of Fifty Five Thousand Dollars ($55,000.00), jointly and severally against Defendants iFRESH INCORPORATED; NYM HOLDING, INC.; NEW YORK MART, INC.; NEW YORK MART ROOSEVELT INC.; NEW YORK MART 8 AVE INC.; PACIFIC SUPERMARKET INC.; NEW YORK MART EAST BROADWAY, INC.; NEW YORK MART GROUP INC.; LONG DENG, including attorney's fees and costs now accrued; plus post-judgment interest pursuant to 28 U.S.C. 1961; and that if any amounts remain unpaid upon the expiration of ninety days following the issuance of judgment, or ninety days after expiration of the time of appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL 198(4).

Dated: 12/31/2019

_____
Vernon S. Broderick
United States District Judge PART I